JOSEPH STEINHARDT, Appellant, *v.* MAX PINNER, Respondent, Impleaded with Another.

(Submitted January 13, 1931; decided February 10, 1931.)

*Meyer D. Siegel* for appellant.
*Ralph Stout* and *Thomas E. Shea* for respondent.
Judgment affirmed with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.